C-13-16(FTP)
(Rev. 6/04)

UNITED STATED BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-11-80281  C-13D |
| James A. Greer | ) | |
| Tinamarie Greer | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER DENYING CONFIRMATION OF PLAN

On May 24, 2011, a hearing was held on the confirmation of the Debtors' proposed plan. At the hearing, Koury Hicks, Esq. appeared on behalf of the Debtors; Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee; and, no other party appeared. The Court, after considering the proposed plan and having heard and considered the statements of counsel and the attorney for the Trustee, finds that the proposed plan should not be confirmed; therefore, it is ORDERED:

1. Confirmation of the Debtors' proposed plan is denied.

2. The Debtors shall have 30 days from May 24, 2011, within which to amend their proposed plan or file a new proposed plan, and in the event an amended or new proposed plan is not is timely filed, this case shall be automatically dismissed upon Motion of the Standing Trustee without further notice and hearing.

# PARTIES IN INTEREST
## Page 1 of 1
## 11-80281 C-13D

James A. Greer  
Tinamarie Greer  
102 Ten Acres Tr.  
Raeford, NC 28376

John T. Orcutt, Esq.  
6616-203 Six Forks Rd.  
Raleigh, NC 27615

Richard M. Hutson, II  
Standing Trustee  
PO Box 3613  
Durham, NC 27702